JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK L. RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>RALPH DIAZ, et al.,<br><br>Defendants. | Case No. 2:20-cv-08030-HDV-JC<br><br>(PROPOSED)<br><br>JUDGMENT |

   Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

   IT IS SO ADJUDGED.

Dated:   _2/5/24_____

_____
HONORABLE HERNAN D. VERA
UNITED STATES DISTRICT JUDGE